UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

ARMANDO ALCIONE,
on behalf of himself and
all others similarly situated,

      Plaintiff,                                                       Case No. 22-cv-1514

v.

SCHUETTE, INC.

      Defendant

## FINAL ORDER

This Court GRANTS the parties' Joint Motion for Final Settlement Approval, (ECF No. 41), APPROVES the parties' Settlement Agreement, (ECF No. 22-1), as a fair, reasonable, and adequate resolution of a bona-fide dispute under the FLSA and the WWPCL, and ORDERS the following:

1. The WWPCL Class is certified pursuant to Fed. R. Civ. P. 23;

2. The FLSA Collective is certified pursuant to 29 U.S.C. § 216(b);

3. The Settlement Agreement is fair, reasonable, and adequate as it applies to the WWPCL Class and the FLSA Collective;

4. Armando Alcione is appointed as Class Representative for the FLSA Collective and the WWPCL Class;

5. Walcheske & Luzi, LLC is appointed as Class Counsel for the FLSA Collective and the WWPCL Class;

6. The Settlement Agreement is binding on the Parties;

7. The Settlement Class Members' released claims are dismissed with prejudice;

8. The FLSA Claims of the Putative Collective Members who did not timely and properly file a Consent to Join Form with this Court in full accordance with the procedures set forth in the parties' Settlement Agreement are dismissed without prejudice;

9. The WWPCL Claims of the Putative Class Members who timely and properly excluded themselves in full accordance with the procedures set forth in the parties' Settlement Agreement, if any, are dismissed without prejudice;

10. Plaintiff's Motion for Approval of Attorneys' Fees and Costs, (ECF No. 37), in the amount of $101,950.00 is GRANTED;

11. Plaintiff's Motion for Approval of Service Award, (ECF No. 40), in the amount of $15,000.00 is GRANTED; and

12. The action is dismissed on the merits and with prejudice.

Dated this ___26th___ day of July, 2023

BY THE COURT

s/William C. Griesbach
Hon. William C. Griesbach
United States District Court